## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEGUN DEBOWALE,                     :       Civil No. 3:16-cv-2394
                                    :
                 Petitioner         :       (Judge Mariani)
                                    :
        v.                          :
                                    :
CRAIG A. LOWE,                      :
                                    :
                 Respondent         :

## ORDER

**AND NOW**, this ___14th___ day of August, 2017, for the reasons set forth in the

Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.      Petitioner's procedural due process challenges to his removal proceedings

        and request for a waiver of inadmissibility are **DISMISSED** for lack of

        jurisdiction.

2.      The petition for writ of habeas corpus (Doc. 1) is **GRANTED in part** to the

        extent that Petitioner will be afforded an individualized bond hearing.

3.      An Immigration Judge shall afford Petitioner an individualized bond hearing

        within **fourteen (14) days** of the date of this Order.

4.      At the bond hearing, the Immigration Judge must make an individualized

        inquiry into whether detention is still necessary to fulfill the purposes of

        ensuring that the Petitioner attends removal proceedings and that his release

        will not pose a danger to the community. *Chavez-Alvarez v. Warden York*

*Cnty. Prison*, 783 F.3d 469, 475 (3d Cir. 2015). At this hearing, the

Government bears the burden of presenting evidence and proving that

continued detention is necessary to fulfill the purposes of the detention

statute. *Diop v. ICE/Homeland Sec.*, 656 F.3d 221, 233 (3d Cir. 2011).

5.  Within ten (10) days of the Immigration Judge's hearing, Respondent shall

report to the District Court on the outcome of the individualized bond hearing.

6.  The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge