IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEGUN DEBOWALE, : Civil No. 3:16-cv-2394
:
    Petitioner : (Judge Mariani)
:
v. :
:
CRAIG A. LOWE, :
:
    Respondent :

### ORDER

**AND NOW**, this \_\_10th\_\_ day of July, 2020, upon consideration of Respondent's motion (Doc. 23) to dismiss the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 23) is **GRANTED**.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge